# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES WILLIAM RICHARDS,
               Appellant,

vs.

MEI-GSR HOLDINGS, LLC, D/B/A
GRAND SIERRA RESORT, A NEVADA
LIMITED LIABILITY COMPANY,
               Respondent.

JAMES WILLIAM RICHARDS,
               Appellant,

vs.

MEI-GSR HOLDINGS, LLC, D/B/A
GRAND SIERRA RESORTS, A NEVADA
LIMITEE LIABILITY COMPANY,
               Respondent.

No. 72526

No. 73132

**FILED**

JAN 2 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

Appellant has filed a notice of voluntary withdrawal of these consolidated appeals as well as his pending motion for reconsideration (titled a petition for rehearing). Cause appearing, we grant the motion. These appeals are dismissed.[1] NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

---

[1]Any relief appellant seeks regarding the appeal bond should be sought in the district court.

18- 02847

cc: Hon. Elliott A. Sattler, District Judge
Jill Greiner, Settlement Judge
Law Office of Neal Hyman
Erickson Thorpe & Swainston, Ltd.
Bowen Hall
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947